

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-21-00570-CR

Rueben Justin **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9333
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was originally due February 8, 2022, but was not filed. On February 11, 2022, we notified the court reporter by letter that the record was late and instructed her to file the record within thirty days. On March 3, 2022, the court reporter filed a notification of late record, requesting an extension until April 11, 2022 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by April 11, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court